UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CR662HEA |
| ) | |
| CORY BRADLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 27, 2006 this matter came before the court for a hearing to determine whether defendant, Cory Bradley, is competent to stand trial pursuant to 18 U.S.C. § 4241(d). Defendant was present in court and represented by counsel Mr. Steven Goldblatt. The government was represented by Assistant United States Attorney Thomas Mehan. The court has received a Forensic Evaluation from Lisa Hope, Psy.D. a Forensic Psychologist at the Metropolitan Detention Center in Los Angeles, California. Based on this Report, and without objection by either party, the court finds by the preponderance of the evidence that defendant has the capacity to understand the nature and consequences of the proceedings against him and to assist properly in his defense. 18 U. S.C. 4241(d).

The findings of the forensic examiner contained in her Report are incorporated by reference as if fully set out herein. The court notes for the record that not only has Dr. Hope found that defendant is competent to proceed, she has further found that there is no objective evidence to indicate that defendant suffered from an underlying mental disorder that rendered him unable to appreciate the nature, quality or wrongfulness of his behavior at the time of the offense. 18 U.S.C. § 4142.

Accordingly,

**IT IS HEREBY ORDERED** that defendant has the capacity to understand the nature and consequences of the proceedings against him and to assist properly in his defense and is therefore competent to proceed.

**IT IS FURTHER ORDERED** that having been found competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense, the defendant shall answer the charges against him.

**IT IS FURTHER ORDERED** that defendant shall appear for Trial on March 6, 2006 at 9:00 A.M. before the Honorable Henry E. Autrey.

<u>/s/Mary Ann L. Medler</u>
**MARY ANN L. MEDLER**
**UNITED STATES MAGISTRATE JUDGE**

**Dated this   28th    day of  February, 2006.**